AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| DEEPAK DESHPANDE | ) | Case No. |
| | ) | 6:18-mj- *1336* |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 2017 through May 12, 2018__ in the county of _____Orange_____ in the
___Middle___ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Knowingly persuading, inducing or enticing, and knowingly attempting to persuade, induce, or entice, a minor into engaging in sexual activity for which the defendant could be charged with a criminal offense. |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

RODNEY J. HYRE, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  __5/12/18__

_____
*Judge's signature*

City and state:  _____Orlando, Florida_____

GREGORY J. KELLY, U.S. Magistrate Judge
*Printed name and title*

STATE OF FLORIDA                          CASE NO. 6:18-mj-

COUNTY OF ORANGE

## AFFIDAVIT

I, Rodney J. Hyre, after being duly sworn, depose and state:

1.      For the past 16 years, I have been employed as a Special Agent
with the Federal Bureau of Investigation (FBI).  I currently serve as the
coordinator for the FBI Crimes Against Children/Innocent Images Unit in
Orlando, Florida. As the coordinator for the FBI Innocent Images Task Force,
my responsibilities include investigating possible criminal violations of Title 18
of the United States Code.

2.      I have received specialized training in the investigations of sex
crimes, child exploitation, child pornography, and computer crimes.  I have
participated in investigations of persons suspected of violating federal child
pornography laws, including 18 U.S.C. §§ 2251 and 2252A.  I have also
participated in investigations of persons suspected of violating federal laws
pertaining to the enticement of minors under 18 U.S.C. § 2422(b).

3.      I have participated in various training courses for the
investigation and enforcement of federal child pornography laws in which
computers are used as the means for producing, receiving, transmitting, and
storing child pornography.  Additionally, I have been involved in authoring

and have participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

4.     This affidavit is submitted in support of a criminal complaint against DEEPAK DESHPANDE for a violation of 18 U.S.C. § 2422(b).  As set forth in more detail below, I believe there is probable cause that DESHPANDE, using a facility and means of interstate commerce, that is, the Internet and a cell phone, did knowingly persuade, induce, and entice, and knowingly attempt to persuade, induce, and entice, an individual who had not attained the age of 18 years to engage in sexual activity for which any person could be charged with a criminal offense under Florida law, that is, Unlawful Sexual Activity with Certain Minors, a violation of Florida Statute Section 794.05; all in violation of 18 U.S.C. § 2422(b).

5.     Title 18, United States Code, Section 2422(b) prohibits a person from using a means or facility of interstate commerce to knowingly persuade, induce, and entice, or knowingly attempt to persuade, induce, and entice, an individual who had not attained the age of 18 years to engage in sexual activity for which any person could be charged with a criminal offense.

6.     Florida Statute Section 794.05 prohibits a person 24 years of age or older to engage in sexual activity with a person 16 or 17 years of age.

2

7.     I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law enforcement officers, information from agency reports, and review of documents provided to me by witnesses and law enforcement officers.  Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

## INVESTIGATION

8.     The FBI received an anonymous tip from the public access line in March 2018. The tip concerned a 16-year-old girl whose name is known, but will be referred to as "CV" in this affidavit.  At all relevant times, CV resided in Orlando, Florida.  The tip stated that CV was being blackmailed into producing child pornography for multiple adult males via the internet.  This investigation has revealed that is highly likely that DESHPANDE portrayed himself as each of those adult males.

### Summary

9.     On May 2, 2018, CV was interviewed by the FBI in Orlando, Florida.  In summary, CV told the FBI that at some point in 2017, she posted an advertisement online seeking a modeling opportunity.  Beginning in or

3

about July 2017, a man who identified himself as "Devin" contacted CV in response to her advertisement, via an internet messaging application. CV began communicating regularly with Devin, and he eventually convinced her to send nude images of herself to him via the internet, which she did on multiple occasions. Devin and CV stopped communicating after approximately two months.

10.    At some point after her initial contact with Devin, CV posted another advertisement online seeking a modeling opportunity. Someone who identified himself as "Nick Cuban" contacted CV via the same internet messaging application. Nick claimed to know of Devin and vetted Devin's credentials as a modeling producer. Nick, too, convinced CV to send nude images of herself to him via the internet, which she did on multiple occasions. In or about September 2017, Nick traveled to Orlando, Florida, to meet CV in person and to record videos of himself sexually assaulting her. He made similar trips and engaged in similar conduct approximately four additional times between September 2017 and April 2018.

11.    At some point after CV's initial contact with Nick, CV posted yet another advertisement online seeking a modeling opportunity. Someone who identified himself as "Roger" contacted CV via the internet. Roger, too, convinced CV to send nude images of herself to him via the internet, which

4

she did on multiple occasions.  Roger also threatened to disseminate the nude images of CV over the "dark web" if she did not continue to produce nude images of herself and send the images to him.

12.     CV has exchanged extensive text-based messages via the internet with Devin, Nick, and Roger.  In addition, CV has spoken on the phone with Nick on multiple occasions.  She has also spoken on the phone with either Roger or Devin; she cannot recall which one she spoke with.  Based on the similarities of their voices—which she described as "nasally"—and similarities in their text-based messages via the internet, CV believes that Devin, Nick, and Roger, are all the same individual.

### Details of the Investigation

13.     When Devin first contacted CV in or about July 2017, CV told Devin she was 16 years old.  Devin portrayed himself as someone associated with a modeling agency who could hire CV and pay her to model.  Devin instructed CV to send "sexy" pictures to him and told her that these pictures would be rated.  Devin eventually asked for "full body nudes" and instructed CV to take pictures of herself while inserting a finger into her vagina and anus.  CV complied and created a MEGA cloud storage account for the purpose of sending the nude photos to Devin.  MEGA allows multiple users to access a single account, as long as each user has the relevant password.  CV stated that

Devin knew the password to her MEGA account because she gave it to him. CV's contact with Devin continued for approximately two months.

14.    CV was then contacted by "Nick Cuban."   CV told Nick she was 16 years old.  Nick convinced CV to pose for him and send him full-body nude pictures of herself via the internet.   At one point, Nick told CV that she should make a "sex tape."

15.    In or about September 2017, Nick flew to Orlando, Florida, and made arrangements to pick up CV and take her to a Hilton hotel.  Nick picked up CV close to her house and drove her to the hotel.  Nick gave CV alcohol in the hotel room and instructed her to get into the shower.  CV recalled that Nick had what appeared to be professional video camera equipment as well as several cameras with detachable lenses.  Nick videotaped CV taking a shower and instructed her to act surprised that she was being recorded.  After the shower, Nick continued to videotape CV as he sexually assaulted her.  CV stated that Nick began by performing oral sex on her, then he penetrated her vagina with his penis.  Nick instructed CV to act like she enjoyed having sex with him.  CV also recalled that they had sex with the lights on because Nick was videotaping.

16.    CV stated that between September 2017 and April 2018, Nick traveled to Orlando, Florida, another four times to meet her.  Each time, he

picked her up and drove her to a hotel.  At the hotel, Nick recorded himself sexually assaulting CV.   CV recalled that Nick had multiple still cameras and at least three smart phones with him, and he used those devices to record the sex acts.  Nick also sometimes gave CV a modest amount of cash, or put money on an American Express prepaid debit card, which CV has turned over to law enforcement.  On at least one occasion, Nick brought cannabis drops and instructed CV to put four or five drops on her tongue in order to relax her prior to having sex.

17.    The last time Nick flew to Orlando, Florida, and met with CV was over the weekend of March 30 through April 1, 2018.  That time, Nick took CV to a Sheraton Suites located in Orlando, Florida.

18.    On May 2, 2018, FBI agents accompanied CV to the Sheraton Suites and she identified it as the hotel that Nick had taken her to.  CV identified Room #129 as the one in which she and Nick stayed.  Subsequently, Sheraton Suites confirmed that a person named DEEPAK DESHPANDE had checked into Room #129 on March 30, 2018, and checked out on April 1, 2018.  In addition, Sheraton Suites obtained surveillance photographs from April 1, 2018, showing CV with the individual later identified as DESHPANDE at the hotel.

19.    CV also stated that Nick sent CV a smartphone so that she could

7

communicate with him and use the phone to make nude images and videos for him. Nick sent the phone to CV via FedEx. CV had saved the envelope and provided it to law enforcement. The return address on the FedEx envelope read "Nick Cuban, 7097 Syrah Dr., Dublin, Ca. 94568, (408) 649-4154." The FBI searched records databases to identify possible residents at that location, and obtained photographs of each of those individuals. One of the possible residents was named DEEPAK DESHPANDE. His California driver's license indicates that he is 5 feet, 6 inches tall, with black hair and black eyes, pierced ears, and a dotted scar by his eyebrow. It also indicates that he is 40 years old.

20.    The FBI had previously asked CV to provide a physical description of Nick. CV described him as approximately 5 feet, 5 inches tall, with black hair, brown eyes, a possibly Indian background, slim arms and frame, a "beer belly," with both ears pierced, a sleeve of tattoos on his arm, an uncircumcised penis, and dotted scars by his eyebrow. FBI agents showed CV DESHPANDE'S California driver's license picture and she positively identified him as the person she knew as Nick Cuban.

21.    The FBI then verified that DESHPANDE'S California driver's license listed a home address of 7097 Syrah Dr., Dublin, California 94568. An additional database check showed that on April 16, 2018, DESHPANDE

8

identified the same home address in an accident report.

22.     The FBI has obtained travel records from United Airlines showing that DESHPANDE traveled to Orlando, Florida, from San Francisco, California, on March 30, 2018.

23.     The FBI has also conducted a preliminary examination of the smartphone that Nick sent to CV.  The examination confirms that CV used various internet applications to communicate with persons named Devin, Nick, and Roger.  In addition, the FBI located highly explicit sexual conversations between CV and Nick.  Such conversations include a discussion that occurred on February 19, 2018, in which Nick referenced a prior sexual encounter with CV.   In addition, the conversations contain child pornography produced by CV, including images of CV's vagina, which CV sent via the internet to Nick.  The FBI also located a conversation in which CV told Nick that she was 16 years old.

24.     On May 7, 2018, CV called the FBI and stated that DESHPANDE (again posing as Nick) had attempted to reach out to CV via Google Hangouts, a text-based application.  The FBI instructed CV to tell DESHPANDE that CV's mother had taken all of her electronic media away because she had gotten in trouble at school.

9

25.    Then, at approximately 9:02 p.m., FBI Special Agent (SA) Kevin Kaufman, acting in an undercover capacity and posing as CV (the UC), sent a message to DESHPANDE, asking, "you there." DESHPANDE replied and the UC proceeded to exchange a series of communications via Google Hangouts with DESHPANDE for the next hour.

26.    During that conversation, DESHPANDE claimed that he was "on verge of collapse" and "on verge of being broke" because Roger purportedly "put me in a situation either I go broke and get ruined or fix things and live." DESHPANDE also claimed that "[a]ll my chats have been posted everywhere" and "[i]f I don't get what's needed it will be open to public." The UC then asked, "What is needed??" DESHPANDE replied, "I need one and half day dude.  Just one and half day to fix everything[.]  You have no clue what went down here."

27.    DESHPANDE went on to tell the UC that he had been robbed and extorted, and "I have never asked anyone for help and now I am begging for help." The UC asked, "How can I help you?" DESHPANDE replied, "I just need a half day and night to get over this[.]  How can we do this." DESHPANDE further stated that he had to "finish this before June 15th or he [Roger] will post all of what's remaining[.]  He has posted everything of my chats and your stuff online[.]  It's a mess out here[.]  I can't explain because it's

10

all under my name :(."

28.    The UC responded, "What should we do???  What does he want so he does not do it?"  DESHPANDE responded, "I have a plan that I set out with and I need your help.  I just need a half a day and night to get what's needed."  The UC responded "Ok...what do I need to do??"  DESHPANDE replied, "I will end this once and for all[.]  We have to meet up."  DESHPANDE said, "Even a few hours will give me an edge . . . idk [I don't know] how to explain you :( but I need you man seriously."

29.    The UC expressed doubt and hesitation about helping DESHPANDE, saying that she was "worried you would be using me."  DESHPANDE continued to express desperation because he was being extorted, and continued to urge the UC to "Help me get half a day and a night just like old times sake."

30.    Finally, the UC relented, and asked when the UC would have to meet with DESHPANDE.  The UC claimed that the UC would be unavailable due to family travel later in the month, so DESHPANDE would have to come the coming weekend.  DESHPANDE then confirmed that he would do so.

31.    SA Kaufman contacted CV and asked CV what DESHPANDE meant by needing "half a day and a night."  CV stated that she interpreted that

to mean that DESHPANDE wanted to travel to Florida in order to produce more sex videos.

32.     On May 8, 2018, the UC continued chatting with DESHPANDE.  During the conversation, DESHPANDE asked the UC to confirm that the UC was available if DESHPANDE traveled to see the UC during the coming weekend.  DESHPANDE told the UC, "I will try to be there by either Friday and Sat or sat and Sunday[.]  If I am over there by Friday we can do Friday night and sat."

33.     When the UC asked DESHPANDE what the plan was, DESHPANDE responded, "I want to cover as much on the video and some good shots to finish this for evenness[.] As much clothing and outfits you can get is good for me."  The UC responded, "LOL.  Any suggestions??" DESHPANDE replied, "Get all your lingeries hun And all the outfits we shot on before as well  Rn [right now] I have zero material to produce It's like starting from zero."  The UC responded, "MK [okay].  How many hours we looking at??"  DESHPANDE responded, "As much as you can.  This will be the last tape you will do.  Hoping we cover the hours for me to edit."

34.     The UC then asked, "What should I expect from these??" and explained that the UC felt used.  DESHPANDE responded, "This weekend will be full of fun you don't have to worry about it at all[.] Will make sure you

are treated like princes." The UC and DESHPANDE subsequently made arrangements for CV (not the UC) to speak with DESHPANDE on May 9, 2018, after school.

35.     On May 9, 2018, at 2:31 p.m., CV texted DESHPANDE, "I am with my friend ready to call ya." DESHPANDE immediately responded, "Okay. Call up." CV then called DESHPANDE on telephone number (929) 352-7040. CV consented to the FBI's recording of the call. The call was approximately ten minutes long.

36.     During the telephone conversation, DESHPANDE (posing as Nick) asked CV about why she had left a Kik chat group that CV, Nick, and Roger apparently had been a part of before.   CV explained that Nick himself had left the chat group, and "he" (meaning Roger) had persistently threatened CV, so she got tired of it and left the group. DESHPANDE claimed that Roger had leaked onto the internet pictures depicting CV with DESHPANDE, and that DESHPANDE was in a lot of trouble. DESHPANDE expressed frustration over his situation and stated, "I either fixing this or I am going under water. That's the situation I am in right now."

37.     CV asked, "So, you're coming this weekend?" and DESHPANDE responded, "Yes I am." DESHPANDE explained that he had something planned and he knew what he was doing this time. DESHPANDE

continued, "So . . . help me out this time.  Fix me up. . . . Let's do it."

38.     CV asked DESHPANDE what his plan was.  DESHPANDE

explained that he was going to meet Roger and negotiate to convince Roger to

"pull all the stuff off."  DESHPANDE claimed that there was a lot of

background about the situation that he could not even speak to CV about over

the telephone, that Roger had done some terrible things, and that

DESHPANDE needed to fix it.  DESHPANDE claimed that Roger had

"fucking leaked out so much shit about you and me," and that Roger had

given him a deadline so that "either I fix this or he will put the rest of the stuff

out."

39.     CV asked DESHPANDE to clarify when he was coming, and

what they would do.  DESHPANDE responded, "Like we'll do the pictures

and the videos, set it up, I'll...and I'll fly back to New York."  DESHPANDE

then insinuated that he would confront Roger and harm him, saying, "I am

not going to tell you what exactly what I am going to do to him cause he has

to go. . . . He cannot exist.  I mean, if things get out I'm in a big trouble, dude.

And so are you."  CV then asked why she would be in trouble, and

DESHPANDE reiterated that Roger would post—and had already posted—

pictures of DESHPANDE and CV.

40.     As the conversations continued, CV asked DESHPANDE if he

14

planned on using contraceptive protection when they filmed the videos over the weekend. DESHPANDE stated he did not know yet, and vaguely stated that he was just trying to get the videos done.

41.     CV asked DESHPANDE if the two of them were going to have to engage in anal intercourse when filming the videos. DESHPANDE replied "No, let's not do that. I just need some . . . " At that point, DESHPANDE abruptly switched topics and told CV that he had recently been robbed of his cellular telephone and that the people who robbed him gave him a piece of paper that read, "Fuck the teeny." DESHPANDE broke down crying, and CV ended the call, stating that she had to return the phone that she had borrowed to make the call.

42.     On the evening of May 9, 2018, the UC and DESHPANDE conversed via Google Hangout again. During the chat, DESHPANDE asked the UC to confirm that the UC was available the coming weekend. The UC responded that the UC was available and that the UC was worried about getting pregnant and "those pills make me sick." DESHPANDE responded, "You won't be I will take care of the rest[.] I need you."

43.     Later in the conversation, the UC again reiterated, "But seriously I don't like those pills. What will we use? I would get in trouble if I got pregnant." DESHPANDE responded, "You won't. I am prepped up[.]

15

There is no chance for that[.] I want this exactly look alike of the past. I get

this done and you won't have to deal with this mess anymore[.] It's personal

this time. I need you to be the same as you were before[.] Don't change

anything or any act of this time." The UC responded, "OK but we didn't use

condoms before. How won't I get pregnant. I am NOT doing anal :(."

DESHPANDE replied, "You don't have to do anal[.] I just want to get what

we got last time[.] Last time we missed a few hours here n there because we

were glued tight[.] This fine we won't miss any[.] We will cover most of it

and pretend we did it all[.] I need your cooperation hun."

      44.    The UC asked DESHPANDE when he planned to travel to meet

the UC.  DESHPANDE informed the UC that he would most likely arrive on

Friday evening.  Later, the UC asked DESHPANDE to describe "what are

first session will be. Love to visualize it."  DESHPANDE responded, "Do

you want me to go slow Or go down in direct." UC responded, "Direct!!!!"

and DESHPANDE replied, "Like push you down and have my way inside."

The UC then reiterated, "As long as I don't get pregnant lol" and

DESHPANDE responded, "You won't."

      45.    On May 12, 2018, at approximately 7:35 a.m., your affiant and

SA Kaufman observed DEEPAK DESHPANDE exiting the jetway at Gate

46 in the Orlando International Airport (OIA), Concourse B.  DESHPANDE

was exiting United Airlines Flight 2236 from San Francisco, California. Your

affiant and SA Kaufman recognized DESHPANDE from his California

driver's license photo. On his back, DESHPANDE was carrying a backpack

that had a red neck pillow attached to it. DESHPANDE was also pulling a

rolling piece of luggage behind him. The items were the same as those

observed in the surveillance images depicting DESHPANDE at the Sheraton

Hotel in Orlando, Florida, on April 1, 2018.

46.    As DESHPANDE was exiting the security area of the airport,

your affiant and SA Kaufman stopped him and identified themselves. The

agents then escorted DESHPANDE to an interview room in the Orlando

Police Department office at OIA. He identified himself as DEEPAK

DESHPANDE, and provided his Dublin, California, home address and Social

Security number. After being advised of his *Miranda* rights, DESHPANDE

acknowledged that he worked in technology in California for a company

named Illumio. DESHPANDE also stated that he knew why he was being

interviewed. DESHPANDE said that there were other persons involved, but

that the name "Roger" was not correct. He then invoked his right to an

attorney. All questioning ceased and the interview was concluded at 7:50 a.m.

47.    DESHPANDE was then transported to the Seminole County Jail

in Sanford, Florida. DESHPANDE's property was inventoried as he

17

witnessed at the Seminole County Jail.

48.   On his person, the agents recovered, among other things, four

iPhones:

    a.  Black iPhone X;

    b.  White iPhone X;

    c.  iPhone SE – IMEI 355800079265660; and

    d.  Black iPhone Plus – IMEI 866265036974592.

49.   In DESHPANDE's Splunk brand backpack, the agents

recovered, among other things:

    a.  Canon video camera – Vixia HSX200;

    b.  Nikon D810 still camera;

    c.  Lumix DMC-GH4 still camera; and

    d.  Macbook Pro, serial no. CO2KGONUFFT3.

50.   In DESHPANDE's rolling luggage, agents recovered, among

other things:

    a.  Florida and California driver's licenses;

    b.  iPhone Silver, model A1660;

    c.  San Disk 32GB compact flash card with reader;

    d.  two vapes;

    e.  Vidalista tablets (male sexual performance enhancement tablet);

18

f.   handcuffs;

g.   dildo;

h.   blindfold mask;

i.   sexual lubricant;

j.   aftershave; and

k.   camera stand.

## CONCLUSION

51.     I believe there is probable cause that DESHPANDE, using a

facility and means of interstate commerce, that is, the Internet and a cell

phone, did knowingly persuade, induce, and entice, and knowingly attempt to

persuade, induce, and entice, an individual who had not attained the age of 18

years to engage in sexual activity for which any person could be charged with

a criminal offense under Florida law, that is, Unlawful Sexual Activity with

Certain Minors, a violation of Florida Statute Section 794.05; all in violation

of 18 U.S.C. § 2422(b).



Rodney J. Hyre, Special Agent
Federal Bureau of Investigation




Sworn to and subscribed before me
this _____ day of May, 2018.

GREGORY J. KELLY
United States Magistrate Judge

20